IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| WILLIAM HAL MCCARLEY | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24cv243 |
| | § | |
| DIRECTOR, TDCJ-CID | § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation ("the Report") (Dkt. #8) concluding the petition for writ of habeas corpus should be dismissed without prejudice for failure to prosecute due to Petitioner's failure to comply with the Court's Order (Dkt. #5) to complete a standard 28 U.S.C. § 2254 form fully and legibly and to submit it to the Court. No objections were timely filed, and as of this date, Petitioner has not submitted a completed standard § 2254 form to the Court.

The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The Court concludes the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** the petition for a writ of habeas corpus is **DISMISSED** without prejudice.

It is further **ORDERED** that all motions not previously ruled on are hereby **DENIED**.

**SIGNED this 19th day of July, 2024.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE